Wᴵʟʟᴵᴀᴍ P. Cᴏʀʙᴵᴛ, Appellant, *v.* Tʜᴇ Uɴᴵᴛᴇᴅ Sᴛᴀᴛᴇs Rᴇ-
ғʟᴇᴄᴛᴏʀ Cᴏᴍᴘᴀɴʏ, Respondent.

(Argued November 14, 1882 ; decided November 21, 1882.)

*John Jeroloman* for appellant.

*William B. Hornblower* for respondent.

Agree to affirm.    No opinion.
All concur.
Order affirmed.

---

In the Matter of the Petition of Sᴀʟᴏᴍᴇ Lᴏᴇw to Vacate an
Assessment.

An order denying a motion to modify an order vacating an assessment is
not reviewable here.

(Submitted November 14, 1882 ; decided November 21, 1882.)

Tʜᴵs was an appeal from an order of General Term, affirm-
ing an order of Special Term, denying a motion to modify an
order vacating an assessment herein.    The court say :

"It is like a motion to open a default, or to vacate or modify
a judgment taken against a defendant through his inadver-
tence or mistake, and it was addressed to the discretion of the
court.    Whether under all the circumstances the court would
grant the motion rested in its discretion, and that is not re-
viewable here."

*D. J. Dean* for appellant.

*Charles E. Miller* for respondent.

Eᴀʀʟ, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.